■ In the Matter of WILLIAM R. PELL, III, Respondent, v FRANK COVENEY et al., Constituting the Board of Elections in the County of Suffolk, et al., Appellants. In a proceeding to validate petitions designating petitioner Pell and also the added petitioners Messrs. Phillips, Avent, Terry and Lukeman as candidates in the Democratic Party primary election to be held on September 9, 1975, for certain public offices in the Town of Southold, the appeal is from a judgment of the Supreme Court, Suffolk County, entered August 25, 1975, which, *inter alia,* granted the application. Judgment reversed, on the law, without costs, and proceeding dismissed. A proceeding under CPLR article 78 may not be utilized to evade the time limitations of the Election Law. Gulotta, P. J., Rabin, Christ, Benjamin and Shapiro, JJ., concur.

■ In the Matter of ANTHONY J. RUGGIERO et al., Respondents-Appellants, v HERBERT J. FEUER et al., Constituting the Board of Elections in the City of New York, Respondents, and CAROLYN R. HART et al., Appellants-Respondents.—The decision of this court rendered August 27, 1975 is hereby withdrawn and vacated. Inadvertently it (including the title of the proceeding as set forth therein) did not reflect that the petition also sought to validate petitions designating the petitioners and that the petitioners had cross-appealed. The following is the corrected decision of this court: In a proceeding (1) to invalidate petitions designating appellants-respondents as candidates in the Republican Party primary election to be held on September 9, 1975, for the party positions of county committeeperson in each of the 60th, 61st and 62nd Assembly Districts, Richmond County, and (2) to validate petitions designating respondents-appellants as such candidates, these are cross appeals from a judgment of the Supreme Court, Richmond County, dated August 18, 1975. Judgment affirmed insofar as appealed from, without costs. No opinion. Gulotta, P. J., Rabin, Christ, Benjamin and Shapiro, JJ., concur.

## (August 29, 1975)

■ In the Matter of WARREN ECKMAN et al., Appellants, v ROSE GOLDBERG et al., Respondents.—In a proceeding to invalidate petitions designating respondents other than the members of the Nassau County Board of Elections as candidates in the Democratic Party primary election to be held on September 9, 1975 for the party positions of county committeemen for stated election districts in the 11th Assembly District, Nassau County, the appeal is from a judgment of the Supreme Court, Nassau County, entered August 25, 1975, which dismissed the proceeding. Judgment affirmed, without costs. No opinion. Gulotta, P. J., Rabin, Christ, Benjamin and Shapiro, JJ., concur.